# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

**FILED**
AUG 23 2022
BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* v. MASON HARLEY MORRELL, *Defendant.* | SEALED<br><br>Case No. CR 22-123-RAW |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

**FAILURE TO REGISTER AS SEX OFFENDER**
**[18 U.S.C. §§ 2250(a)(1), 2250(a)(2)(B), & 2250(a)(3)]**

Beginning on or about April 16, 2022, and continuing until on or about the date of this indictment, in the Eastern District of Oklahoma, the defendant, **MASON HARLEY MORRELL**, an individual required to register as a sex offender under the Sex Offender Registration and Notification Act, after having received a felony conviction from the State of Oregon on or about June 18, 2008, under Cause 20-08-05475, for Sexual Abuse In The First Degree, and traveled in interstate commerce and entered, left, and resided in Indian Country and knowingly failed to register and update his registration as required by the Sex Offender Registration and Notification Act, in violation of Title 18, United States Code, Sections 2250(a)(1), 2250(a)(2)(B) and 2250(a)(3).

CHRISTOPHER J. WILSON
United States Attorney

_/s/_
HANNAH JONES, IN BAR #32026-49
Assistant United States Attorney

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY